State of WASHINGTON and State of Minnesota, Plaintiffs–Appellees,

v.

Donald J. TRUMP, President of the United States; et al., Defendants–Appellants.

No. 17-35105

United States Court of Appeals, Ninth Circuit.

Filed February 16, 2017

### ORDER

THOMAS, Chief Judge:

The United States has represented to the Court that the President intends to issue a new Executive Order and has urged the Court to "hold its consideration of the case until the President issues the new Order." The United States has further represented that it will inform the Court of any new developments.

En banc proceedings before this Court are stayed pending further Order of this Court.